

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00081-CR

Kenneth Paul **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 22-10-0349-CRA
Honorable Mark Luitjen, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 26, 2024.

_____
Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment.